**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Edith Ruth Macauley-Barrett<br>aka Ruth Barrett<br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 19-12487 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing, LLC as servicer for US Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 and index same on the master mailing list.

                                  Respectfully submitted,
                                  **/s/ Rebecca A. Solarz, Esq**
                                  Rebecca A Solarz, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322