# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-12487-AMC

EDITH RUTH MACAULEY-BARRETT

601 SYLVANIA ROAD

EXTON, PA 19341-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    EDITH RUTH MACAULEY-BARRETT

    601 SYLVANIA ROAD

    EXTON, PA 19341-

**Counsel for debtor(s), by electronic notice only.**
    DIANA M DIXON ESQUIRE
    107 N BROAD ST
    SUITE 307
    DOYLESTOWN, PA 18901

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

          /s/ William C. Miller

Date: 6/19/2019

          _____
          William C. Miller, Esquire
          Chapter 13 Standing Trustee