UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: EDITH RUTH MACAULEY-BARRETT     : CHAPTER 13
               Debtor     : NO. 2019-12487-AMC

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of Benjamin Roth Desko and Jill Lynette Desko in this proceeding.

                                     MacELREE HARVEY, LTD.

By: *Michael G. Louis*
Michael G. Louis, Esquire
Attorney I.D. No. 32202
Attorney for Benjamin Roth Desko and
Jill Lynette Desko
17 West Miner Street
P.O. Box 660
West Chester, PA 19381-0660

3397627v1
050567.65281

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: EDITH RUTH MACAULEY-BARRETT : CHAPTER 13
Debtor : NO. 2019-12487-AMC

## CERTIFICATE OF SERVICE

I, Michael G. Louis, Esquire, attorney for Benjamin Roth Desko and Jill Lynette Desko, do hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance has been served this 18th day of November, 2019, by first class mail, postage prepaid, upon those listed below:

Diana M. Dixon, Esquire
Dixon Law Office
107 N. Broad Street
Suite 307
Doylestown, PA 18901

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Gerald S. Berkowitz, Esquire
Berkowitz Klein, LLP
629 Swedesford Road
Malvern, PA 19355

Mr. and Mrs. Benjamin Roth Desko
1941 Vitae Place
Costa Mesa, CA 92627

MacELREE HARVEY, LTD.

By: _____
Michael G. Louis, Esquire
Attorney for Benjamin Roth Desko and
Jill Lynette Desko