UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
EDITH RUTH MACAULEY-BARRETT

Chapter 13

Debtor

Bankruptcy No. 19-12487-AMC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____  
Ashely M. Chan  
Bankruptcy Judge

11/26/19

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
DIANA M DIXON ESQUIRE  
107 N BROAD ST  
SUITE 307  
DOYLESTOWN, PA 18901

Debtor:  
EDITH RUTH MACAULEY-BARRETT

601 SYLVANIA ROAD

EXTON, PA 19341-