United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                         Case No. 19-12487-amc
Edith Ruth Macauley-Barrett                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 2              Date Rcvd: Nov 29, 2019
                             Form ID: pdf900             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2019.
```
db          +Edith Ruth Macauley-Barrett,   601 Sylvania Road,    Exton, PA 19341-2401
cr          +Bejamin Roth Desko & Jill Lynette Desko,   1941 Vitae Place,    Cosa Mesa, CA 92627-8558
cr          +US Bank National Association, as Trustee for Secur,    c/o REBECCA ANN SOLARZ,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
cr          +West Whiteland Township,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
14314497     Bejamin Roth Desko & Jill Lynette Desko,    c/o MICHAEL G. LOUIS, ESQ.,   17 West Miner Street,
              P.O. Box 660,   West Chester, PA 19381-0660
14309350    +Benjamin Roth Desko & Jill Lynette Desko,    1941 Vitae Place,   Costa Mesa, CA 92627-8558
14309353    +Jennifer A. McKay, Esq.,    20 W. Miner Street,   West Chester, PA 19382-3211
14309354    +MacElree Harvey, LTD,   Michael G. Louis, Esq.,    PO Box 660,   West Chester, PA 19381-0660
14309355    +Niles Barton & Wilmer,    John L. Doran, Esq.,   111 South Calvert Street,   Suite 1400,
              Baltimore, MD 21202-6127
14309356     Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd., Suite 1400,   One Penn Center Plaza,
              ATTN: Bankruptcy Department,   Philadelphia, PA 19103
14309357    +Portnoff Law Associates, LTD.,    RE: Whiteland Township,   PO Box 3020,
              Norristown, PA 19404-3020
14309358    +Sahr Bockai,   11014 Amherst Avenue,    Silver Spring, MD 20902-7626
14309359     Specialized Loan Servicing, LLC,    PO Box 636005,   Littleton, CO 80163-6005
14347745    +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
14317651    +US Bank National Association,,   for Securitized Asset Trust 2006-NC2,   c/o REBECCA ANN SOLARZ,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14347946    +West Whiteland Township,   c/o JAMES RANDOLPH WOOD,    Portnoff Law Associates, Ltd.,
              2700 Horizon Drive, Suite 100,    King of Prussia, PA 19406-2726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +E-mail/Text: bncnotice@ph13trustee.com Nov 29 2019 22:39:45     WILLIAM C. MILLER,
              Office of the Chap. 13 Standing Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg          E-mail/Text: megan.harper@phila.gov Nov 29 2019 22:39:30     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 29 2019 22:39:01
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 29 2019 22:39:22     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14325530     E-mail/PDF: resurgentbknotifications@resurgent.com Nov 29 2019 22:50:29     CACH, LLC,
              PO Box 10587,   Greenville, SC 29603-0587
14320358    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2019 22:50:51
              Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14309351    +E-mail/Text: cio.bncmail@irs.gov Nov 29 2019 22:38:50     IRS,   PO Box 7346,
              Philadelphia, PA 19101-7346
14347804     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 29 2019 22:50:26
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14332497*   +Benjamin Roth Desko and Jill Lynette Desko,    1941 Vitae Place,   Costa Mesa, CA 92627-8558
14309352*   +IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
14430202*   +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Nov 29, 2019
                              Form ID: pdf900             Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2019 at the address(es) listed below:
              DIANA M. DIXON    on behalf of Debtor Edith Ruth Macauley-Barrett dianamdixonesq@gmail.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              MICHAEL G. LOUIS    on behalf of Creditor    Bejamin Roth Desko & Jill Lynette Desko
               mlouis@macelree.com
              REBECCA ANN SOLARZ    on behalf of Creditor    US Bank National Association, as Trustee for
               Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
               Series 2006-NC2 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Chapter 13
EDITH RUTH MACAULEY-BARRETT

                    Debtor               Bankruptcy No. 19-12487-AMC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

_____          11/26/19
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901

Debtor:
EDITH RUTH MACAULEY-BARRETT

601 SYLVANIA ROAD

EXTON, PA 19341-